# Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Aaron Jophlin, Ronald Wolf, Latricia Ford, Terre Bohman, Cortney Driggers, Patricia Mobley, Individually and on Behalf of All Others Similarly Situated, <br> *Plaintiff(s)* <br> v. <br> ARC Automotive, Inc., General Motors LLC, Hyundai Motor Group, Hyundai Motor Company, Hyundai Motor America, Kia Corporation, Kia America, Inc., Hyundai Mobis Co., Ltd., and Mobis Parts America <br> *Defendant(s)* | Civil Action No. 2:22-cv-2507-BHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARC Automotive, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin R. Dean, Esq. and John David O'Neill, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/04/2022

s/April Dickerson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-2507-BHH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ARC AUTOMOTIVE, INC c/o__
was received by me on *(date)* __8-10-22__ . __The Corp. Trust. Co__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __PATRICK DUFFY__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __ARC AUTOMOTIVE, INC @ 1:03 PM__ on *(date)* __8-10-22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/18/22__

*Server's signature*

__TOM FREDERICKS PROCESS SERVER__
*Printed name and title*

FREDERICKS & PALMER PROCESS
SERVING address
1735 MARKET STREET SUITE A532
PHILADELPHIA PA 19103
215-833-8307

Additional information regarding attempted service, etc: